IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALIX K. SANFORD**  **PLAINTIFF**

v.  **CASE NO. 4:22-CV-01255-BSM**

**NATIONWIDE GENERAL**
**INSURANCE COMPANY**  **DEFENDANT**

## ORDER

Lloyd W. "Tre" Kitchens's motion to withdraw as counsel for Alix Sanford [Doc. No. 12] is granted. The clerk is directed to terminate Kitchens as counsel and to send a copy of this order to Sanford. Within thirty days of this order, Sanford must retain new counsel or file notice that she plans to proceed *pro se*.

IT IS SO ORDERED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE